UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR06-358-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| THOMAS MICHAEL CARVER, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on April 25, 2012. The United States was represented by AUSA Thomas Bates and the defendant by Jennifer Horwitz. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 2, 2007 by the Honorable Thomas S. Zilly on a charge of Distribution of Methamphetamine, and sentenced to 36 months custody, 3 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, provide his probation officer with financial information on request and be

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

prohibited from incurring new credit obligations or opening new lines of credit. (Dkt. 38.)

Defendant's probation officer reported on June 13, 2011 that defendant tested positive for methamphetamine on January 26, 2011. (Dkt. 39.) Defendant was reprimanded, placed in a structured testing program with increased frequency of testing and referred for counseling. No further action was taken at the time. Another positive test was reported on December 12, 2011, relating to September 16, 2011. (Dkt. 39) Defendant was referred for professional assessment and intensive outpatient treatment. Defendant's probation officer reported positive tests for methamphetamine on January 25 and February 1, 2012, and noted that defendant failed to attend substance abuse counseling in January 2012. (Dkt. 41, 42.) Defendant was advised that a warrant would issue if further violations occurred. (Dkt. 41 at 2.)

In an application dated April 18, 2012 (Dkt. 43, 44), U.S. Probation Officer Andrew J. Lorenzen alleged the following violation of the conditions of supervised release:

1. Using Methamphetamine on or before January 25, February 1, and April 9, 2012, in violation of standard condition 7.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the violation and waived any evidentiary hearing as to whether it occurred. (Dkt.48.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

///

///

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01    Pending a final determination by the Court, defendant has been detained.

02    DATED this 25th day of April, 2012.

                                                    /s/ Mary Alice Theiler
                                                    Mary Alice Theiler
                                                    United States Magistrate Judge


cc:    District Judge:           Honorable Thomas S. Zilly
       AUSA:                     Thomas Bates
       Defendant's attorney:     Jennifer Horwitz
       Probation officer:        Andrew J. Lorenzen